KALB, Appellant, vs. LUCE and others, Respondents.

*April 20, 1939.*

J. J. *McManamy* of Madison, for the appellant.
*Moran & O'Brien* of Delavan and *Thorson & Seymour* of Elkhorn, for the respondents.

*By the Court.*—The issues raised upon this appeal were considered by this court in *Kalb v. Luce* (1938), 228 Wis. 519, 279 N. W. 685, 280 N. W. 725. For the reasons there stated as grounds for sustaining the demurrer to the complaint, the judgment of the court dismissing the complaint should be affirmed.

The judgment appealed from is affirmed.